# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Fireman's Fund Insurance Company,   JUDGMENT IN A CIVIL CASE

    Plaintiff(s),   3:07cv86

vs.

Safeco Ins. Co., et al.,

Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/28/07 Order.

Signed: November 28, 2007

Frank G. Johns, Clerk
United States District Court